<u>Exhibit 1</u>

Declaration of Jeremy Pinson

I declare under penalty of perjury that the following is true:

1. I am housed in the Special Housing Unit ("SHU") of the Tucson U.S. Penitentiary ("USP"). The USP is a Male only facility.

2. Upon entering BOP custody in 2007, the BOP used Program Statement 5100.08 (2006) to formulate my points, public safety factors, security level using the Male Only criteria.

3. The BOP separates male and female inmates in its Points and Security Level Institutions (Att. A, hereto), Public Safety Factors (Att. B), Security Designation Tables (Att. C, "Males"; Att. D "Females") and Custody Variance Tables (Att. E, hereto).

4. BOP has utilized a "Male Custody Classification Form" on me, not the female version, since 2007. This includes my most recent Form on Nov. 19, 2022 (Att. F, hereto).

5. P.S. 5100.08 does not define "Male" nor "Female".

6. My public safety factor, and Base Score, reflect greatest severity in my classifications, despite my crime being High Severity on the "Offense Severity Scale" in P.S. 5100.08, Appendix A (Att. G hereto. A female cannot be classified with Greatest Severity. (id.)(Att. B).

7. On or about, One P.M. on March 6, 2023, about an hour after meeting with representatives of PREA Auditors of America and the American Correctional Association, Warden Gutierrez came to my cell door. I asked him why he hated me and was using his SHU and Request For Transfer powers against me and he responded by saying:

"I read up on you, you're a victim everywhere you go, and you file PREA's making my staff work, and I just dont care how you feel, man up, be a man, and fight your battles instead of being a coward and filing a PREA everytime someone hurts your feelings, its really disgusting to see such a big man acting like this, you have a dick and are in a mans prison. Im sending you to the Secure Admin in Allenwood and you will go home from there and I'll be free of a crybaby always filing shit when people hurt you."

8. I was so upset by his statement I became tearful and contemplated suicide.

9. I was placed in SHU on Sept. 14, 2022 when

2

inmate Tyrone Brown attacked me and others with a lethal weapon. He was released from SHU by Warden Gutierrez despite sexual misconduct and a series of threats toward me.

10. I spoke to the PREA Auditors of America for half an hour about how I've been treated by Gutierrez, and she said to me:

"I'm sorry to hear this, alot of inmates are telling me the same thing about PREA non-compliance and the retaliation against victims".

She has interviewed dozens of USP Tucson inmates during the audit.

11. I am regularly strip-searched by male staff who can see my breasts and genitalia. I feel extremely upset when forced to strip naked in view of men.

12. I have been raped, beaten, stabbed, choked, sexually harrassed, mocked, taunted, degraded and demeaned by cisgender male staff and inmates since 2007. I have repeatedly attempted suicide trying to

end my misery living in a men's prison.

13. If called upon, I will testify to these facts.

Executed pursuant to 28 U.S.C. 1746.

Jeremy Pinson

INTRODUCTIO
N

Bureau of Prisons (BOP) institutions are classified into one of five security levels: MINIMUM, LOW, MEDIUM, HIGH, and ADMINISTRATIVE based on the level of security and staff supervision the institution is able to provide.

An institution's level of security and staff supervision is based on the following factors:

- mobile patrol;
- towers;
- perimeter barriers;
- detection devices;
- internal security;
- type of inmate housing;
- inmate-to-staff ratio; and,
- any special institutional mission.

Similarly, BOP inmates are classified based on the following factors:

- The level of security and supervision the inmate requires; and,
- The inmate's program needs, i.e., substance abuse, educational/vocational training, individual counseling, group counseling, or medical/mental health treatment, etc.

In summary, the initial assignment (designation) of an inmate to a particular institution is based primarily upon:

- The level of security and supervision the inmate requires;
- The level of security and staff supervision the institution is able to provide; and,
- The inmate's program needs.

Additional factors that are also considered when designating an inmate to a particular institution include, but are not limited to:

proj

**1**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Attachment A

64572179

- The inmate's release residence;
- The level of overcrowding at an institution;

  by the sentencing court;

  - Any Central Inmate Monitoring issues (see Program

    Statement Central Inmate Monitoring Program);

- Any additional security measures to ensure the protection of victims/witnesses and the public in general; and,

- Any other factor(s) which may involve the inmate's confinement; the protection of society; and/or the safe and orderly management of a BOP facility.

Initial designations to BOP institutions are initiated, in most cases by staff at the Designation and Sentence Computation Center (DSCC), Grand Prairie, Texas, who assess and enter information from the sentencing court, U.S. Marshals Service, U.S. Attorneys Office or other prosecuting authority and the U.S. Probation Office about the inmate into a computer database (SENTRY).

SENTRY then calculates a point score for that inmate which (for example, 18 points) is then matched with a commensurate security level institution.

| Security Level | Custody Level | Male | **Female** |
|---|---|---|---|
| MINIMUM | COMMUNITY and OUT | 0-11 points | 0-15 points |
| LOW | OUT and IN | 12-15 points | 16-30 points |

proj

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

| | | | |
|---|---|---|---|
| MEDIUM | OUT and IN | 16-23 points | * |
| HIGH | IN and MAXIMUM | 24+ points | 31+ points |
| ADMINISTRATIVE | All custody levels | All point totals | All point totals |

An inmate's security point score is not the only factor used in determining a commensurate security level for an inmate. The application of a PSF or MGTV could effect placement at either a higher or lower level institution than the specified point total indicates. (SEE CHAPTER 5 FOR MORE DETAILED INFORMATION)

NOTE:    A security level cannot be assigned by SENTRY without

completing an Inmate Load and Security Designation Form. If an inmate has not been assigned a security level, SENTRY will automatically assign "UNKNOWN" as the security level.

* **Female** security level institutions are classified as Minimum, Low, High and Administrative.

Once all necessary information has been entered into the SENTRY database, a DSCC or Medical Designations Officer, (hereafter, Designator) selects an institution for service of sentence based on all the previously mentioned factors.

Redesignations (transfers) from one Bureau institution to another are considered in much the same manner using many of the same factors used at the time of initial designation. In addition,

the inmate's institutional adjustment and program performance are

also carefully reviewed when redesignation is considered.

Finally, an initial custody level (COMMUNITY, IN, OUT, MAXIMUM) is also assigned to the inmate that is consistent

pro

3

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

with the institutions mission. (See previous chart).  An inmate's custody level within any given security level institution is routinely reviewed and may change for various reasons during the period of incarceration.

pro

**4**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

PUBLIC SAFETY
FACTORS

A Public Safety Factor (PSF) is relevant factual information regarding the inmate's current offense, sentence, criminal history or institutional behavior that requires additional

security measures be employed to ensure the safety and protection of the public.      Public Safety Factors are normally applied on the Inmate Load and Security Designation Form (BP-337) prior to an inmate's initial assignment to an institution, however, additions or deletions may be made at anytime there after via the Custody Classification Form, (BP-338).      A maximum of three PSFs may be applied, however if more than three apply, those which would provide the greatest security and public safety will be utilized.

CODE      PSF - DESCRIPTION

A      None.  No Public Safety Factors apply.

B      Disruptive Group.  A male inmate who is a validated member of a Disruptive Group identified in the Central Inmate Monitoring System will be housed in a High security level institution, unless the PSF has been waived.

At the time of initial designation, if the Presentence Investigation Report or other documentation identifies the inmate as a possible member of one of the Central Inmate Monitoring Disruptive Groups, DSCC staff will enter a PSF on the BP-337.      However, DSCC staff will not enter the CIM assignment "Disruptive Group." Upon loading this PSF on a not-yet-validated member, DSCC staff will (1) make a notation in the Remarks Section

to indicate the need for validation upon arrival at the

institution, and (2) notify the Central Office Intelligence Section, via GroupWise, to advise them of the inmate's status. Upon the inmate's arrival at

pro

**1**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Attachment B

64572179

the designated institution, the intake screener will notify the institution's Special Investigation Supervisor of the inmate's PSF, to initiate the validation process.

C          Greatest Severity Offense.  A male inmate whose current term of confinement falls into the "Greatest Severity" range according to the Offense Severity Scale (Appendix A) will be housed in at least a Low security level institution, unless the PSF has been waived.

CODE       PSF - DESCRIPTION

F          Sex Offender.  A male or **female** inmate whose behavior in the current term of confinement or prior history includes one or more of the following elements will be housed in at least a Low security level institution, unless the PSF has been waived. A conviction is not required for application of this PSF if the Presentence Investigation Report (PSR), or other official documentation, clearly indicates the following behavior occurred in the current term of confinement or prior criminal history. If the case was dismissed or nolle prosequi, application of this PSF cannot be entered. However, in the case where an inmate was charged with

an offense that included one of the following elements,

but as a result of a plea bargain was not convicted, application of this PSF should be entered.

Example:  According to the PSR, the inmate was specifically described as being involved in a Sexual Assault but pled guilty to Simple Assault. Based on

the documented behavior, application of this PSF should be entered:

(1)  Engaging in sexual contact with another person without obtaining permission to do so (forcible

prop

**2**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

rape, sexual assault or sexual battery);

(2)  Possession, distribution or mailing of child pornography or related paraphernalia;

(3)  Any sexual contact with a minor or other person physically or mentally incapable of granting consent (indecent liberties with a minor, statutory rape,

sexual abuse of the mentally ill, rape by administering

a drug or substance);

(4)  Any sexual act or contact not identified above that is aggressive or abusive in nature (e.g., rape by instrument, encouraging use of a minor for prostitution purposes, incest, etc.).  Examples may be documented by state or Bureau of Prisons' incident reports, clear

NCIC entries, or other official documentation;

(5)  Attempts are to be treated as if the sexual act or contact was completed; and/or,

(6)  Any offense referenced in the Sex Offender

Notification and Registration Program Statement.

| CODE | PSF - DESCRIPTION |
|------|-------------------|
| G | Threat to Government Officials.  A male or **female** inmate classified with a Central Inmate Monitoring assignment of Threat to Government Official will be housed in at least a Low security level institution, unless the PSF has been waived. |
| H | Deportable Alien.  A male or **female** inmate who is not a citizen of the United States.   All long-term detainees will have this PSF applied.  When applied, the inmate |

or the long-term detainee shall be housed in at least

prol

**3**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

a

Low security level institution.

The PSF shall not be applied, or shall be removed when the U.S. Immigration and Customs Enforcement (ICE) or the Executive Office for Immigration Review (EOIR) have determined that deportation proceedings are unwarranted or there is a finding not to deport at the completion

of deportation proceedings.  The Institution Hearing

Program CMA of NO IHP or IHP CMP ND will then be applied.  Additionally, the PSF shall not be applied if the inmate has been naturalized as a United States citizen.

I      Sentence Length.  A male inmate with more than ten years remaining to serve will be housed in at least a Low security level institution unless the PSF has been waived.

A male inmate with more than 20 years remaining to serve will be housed in at least a Medium security level institution, unless the PSF has been waived.

A male inmate with more than 30 years remaining to serve (including non-parolable LIFE sentences) will be housed in a High security level institution unless the PSF has been waived.

K     Violent Behavior.  A **female** inmate whose current term of confinement or history involves two convictions (or findings of commission of a prohibited act by the DHO) for serious incidents of violence within the last five

years will be assigned to at least a Low security level institution, unless the PSF has been waived.

| CODE | PSF - DESCRIPTION |
|------|-------------------|
| L | Serious Escape.  A **female** inmate who has been involved in a serious escape within the last ten |

pro

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

years, including the current term of confinement, will be assigned to the Carswell Administrative Unit, unless the PSF has been waived.

A male inmate who has escaped from a secure facility (prior or instant offense) with or without the threat of violence or who escapes from an open institution or program with a threat of violence will be housed in at least a Medium security level institution, unless the PSF has been waived.

M       Prison Disturbance.  A male or **female** inmate who was involved in a serious incident of violence within the institution and was found guilty of the prohibited act(s) of Engaging, Encouraging a Riot, or acting in furtherance of such as described in, but not limited to institution disciplinary codes such as 103, 105, 106,

107, 212, 213 or 218.  Such a finding must be in conjunction with a period of simultaneous institution disruptions.  Males will be housed in at least a HIGH security level institution and females will be assigned to the Carswell Administrative Unit, unless the PSF has been waived.

N       Juvenile Violence.  A male or **female** offender, currently of juvenile age, who has any documented single instance of violent behavior, past or present, which resulted in a conviction, a delinquency

adjudication, or finding of guilt.  Violence is defined

as aggressive behavior causing serious bodily harm or death or aggressive or intimidating behavior likely to cause serious bodily harm or death (e.g., aggravated assault, intimidation involving a weapon, or arson).

O       Serious Telephone Abuse.  A male or **female** inmate who utilizes the telephone to further criminal activities

pro

**5**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

or promote illicit organizations and who meets the criteria outlined below, must be assigned a PSF for Serious Telephone Abuse.  A conviction is not required for the PSF if the Presentence Investigation Report (PSR) or other official documentation clearly indicates that the above behavior occurred or was attempted.  An inmate who meets this criteria must be housed in at

least a Low security level institution, unless the PSF

is waived.

The PSF should be entered if any one of the following criteria applies.

(1)   PSR or comparable documentation reveals the inmate was involved in criminal activity facilitated by the telephone who:

- meets the definition of a leader/organizer or primary motivator; or

- utilized the telephone to communicate threats of bodily injury, death, assaults, or homicides; or

- utilized the telephone to conduct significant fraudulent activity (actual or attempted) in an institution; or

- leader/organizer who utilized the telephone to conduct significant fraudulent activity (actual or attempted) in the community; or,

- arranged narcotic/alcohol introductions while confined in an institution.

(2)   Federal law enforcement officials or a U.S.

Attorney's Office notifies the Bureau of Prisons of a significant concern and need to monitor an inmate's telephone calls;

(3)   The inmate has been found guilty of a 100 or 200

pro

**6**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

level offense code for telephone abuse.

NOTE:     200 level offense codes will be reviewed
          on a case-by-case basis.

(4)  A Bureau of Prisons official has reasonable
     suspicion and/or documented intelligence
     supporting telephone abuse.

NOTE:     Any inmate who is assigned the Serious
          Telephone Abuse PSF may be subject to
          telephone restriction in accordance with

          the <u>Telephone Regulations for Inmates</u>

             Program
             Statement.

pro|

**7**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

| SECURITY DESIGNATION TABLE (MALES) | | |
|---|---|---|
| INMATE SECURITY LEVEL ASSIGNMENTS BASED ON CLASSIFICATION SCORE AND PUBLIC SAFETY FACTORS | | |
| Security Point Total | Public Safety Factors | Inmate Security Level |
| 0 - 11 | No Public Safety Factors<br><br>Deportable Alien<br><br>Juvenile Violence<br><br>Greatest Severity Offense<br><br>Sex Offender<br><br>Serious Telephone Abuse<br><br>Threat to Government Officials<br><br>Sentence Length<br><br>  Time remaining > 10 Yrs<br><br>  Time remaining > 20 Yrs<br><br>  Time remaining > 30 Yrs<br>  (Includes<br><br>  non-parolable LIFE and<br>  Death penalty cases)<br><br>Serious Escape<br>Disruptive Group<br>Prison | Minimum Low<br>Low<br>Low<br>Low<br>Low<br>Low<br><br><br>Low<br>Medium<br>High<br><br><br><br>Medium<br>High<br>High |

pro|

1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Attachment C

64572179

| | | |
|---|---|---|
| | Disturbance | |
| 12 - 15 | No Public Safety Factors | Low |
| | Serious Escape | Medium |
| | Sentence Length | |
| |    Time remaining > 20 Yrs | |
| |    Time remaining > 30 Yrs (Includes | Medium |
| |    non-parolable LIFE and Death penalty cases) | High |
| | Disruptive Group | |
| | Prison Disturbance | |
| | | High |
| | | High |

| | | |
|---|---|---|
| 16 - 23 | No Public Safety Factors | Medium |
| | Disruptive Group | High |
| | Prison Disturbance | High |
| | Sentence Length | |
| |    Time remaining > 30 Yrs (Includes | High |
| |    non-parolable LIFE and Death penalty cases) | |

pro

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

| 24 + | | Hig h |
|---|---|---|

Table
5-3

| SECURITY DESIGNATION TABLE (FEMALES) | | |
|---|---|---|
| INMATE SECURITY LEVEL ASSIGNMENTS BASED ON CLASSIFICATION SCORE AND PUBLIC SAFETY FACTORS | | |
| Securit y Point Total | Public Safety Factors | Inmat e Securit y Leve l |
| 0 - 15 | No Public Safety Factors<br><br>Deportable Alien<br><br>Juvenile Violence<br>Serious Telephone<br>Abuse Sex Offender<br><br>Threat to Government Officials<br><br>Violent Behavior<br>Prison Disturbance<br>Serious Escape | Minimu m Low<br>Low<br>Low<br>Low<br>Low<br>Low<br>High<br>High |

pro

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Attachment D

64572179

| 16 – 30 | No Public Safety Factors Prison Disturbance Serious Escape | Low High High |
| 31 + | | High |

pro

**4**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

Table 6-1 (M)

| Male Custody Variance Table | CUSTODY TOTAL | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 22 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B S A C S O E R E    0-11    12-15    16-23    24+ | +4 | +4 | +3 | +3 | +2 | +1 | +1 | +1 | 0 | 0 | –1 | –1 | –2 | –3 | –4 |
| +4 | | +4 | +3 | +3 | +2 | +1 | +1 | +1 | 0 | 0 | 0 | –1 | –2 | –3 | –4 |
| +8 | | +6 | +5 | +4 | +4 | +3 | +2 | +1 | +1 | 0 | 0 | 0 | –1 | –1 | –2 |

pro

1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Attachment E

64572179

| +8 | | | | +6 | +5 | +4 | +4 | +3 | +2 | +1 | +1 | +1 | 0 | 0 | 0 | −1 | −1 |

Example:  A male inmate has a Base Score of 17 points and a Custody Total of 11 points.
By using the Custody Variance Matrix, the intersecting point for these two items is +3.
Thus,

+3 is the Custody Variance score that will be entered on Item 8,

Section C.

Table 6-1 (F)

| **Female** Custody Variance Table | | CUSTODY TOTAL | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| B S A C | 0-15 | +15 | +11 | +7 | +4 | +3 | +2 | +1 | +1 | 0 | 0 | 0 | 0 | -2 | -4 | -8 |

pro

**2**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

| S O    16-30 | | | | | | | | | | | | | | |
| E R | | | | | | | | | | | | | | |
| E 31+ | | | | | | | | | | | | | | |

| +15 | | +1 1 | +7 | +4 | +3 | +2 | +1 | +1 | 0 | 0 | 0 | 0 | 0 | -4 | -8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| +15 | | +1 1 | +7 | +4 | +3 | +2 | +1 | +1 | 0 | 0 | 0 | 0 | 0 | 0 | -1 |

Example:  A **female** inmate has a Base Score of 17
points and a Custody Total of 11 points.
By using the Custody Variance Matrix, the
intersecting point for these two items is +2.
Thus,

+2 is the Custody Variance score that will be entered on
Item 8,

Section C.

pro|

**3**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement.

64572179

```
TCPA5  606.00 *        MALE CUSTODY CLASSIFICATION FORM     *      03-03-2023
PAGE 001 OF 001                                                    12:14:55
```

### (A) IDENTIFYING DATA

```
REG NO..: |16267-064|              FORM DATE: 11-19-2022        ORG: TCP
NAME....: PINSON, JEREMY VAUGHN
                                          MGTV: NONE
PUB SFTY: GRT SVRTY,THRT GOVT             MVED:
```

### (B) BASE SCORING

```
DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
MOS REL.: 46                    CRIM HIST SCORE: (06) 9 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (6) 5-10 YRS SERIOUS
VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
```

### (C) CUSTODY SCORING

```
TIME SERVED.....: (5) 76-90%    PROG PARTICIPAT: (0) POOR
LIVING SKILLS...: (0) POOR      TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (1) 2-5       FAMILY/COMMUN..: (3) MINIMAL
```

--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +21  | +9   | +4       | +25       | HIGH       | N/A            | MAX     | SAME     |

```
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Attachment F

OFFENSE SEVERITY SCALE

GREATEST
SEVERITY

Aircraft Piracy - placing plane or passengers in
danger Arson - substantial risk of death or bodily
injury Assault - serious bodily injury intended or
permanent or

    life threatening bodily injury resulting)

Car Jacking - any

Drug Offense - see criteria below*

Escape - closed institution, secure custody, force
    or weapons used

Espionage - treason, sabotage, or related
offenses Explosives - risk of death or bodily
injury Extortion - weapon or threat of violence

Homicide or Voluntary Manslaughter - any

Kidnaping - abduction, unlawful restraint, demanding
    or receiving ransom money

Robbery - any

Sexual offenses - rape, sodomy, incest, carnal knowledge,

    transportation with coercion or force for
    commercial purposes

Toxic Substances/Chemicals: - weapon to endanger human life

Weapons - distribution of automatic weapons, exporting

    sophisticated weaponry, brandishing or threatening use
    of a weapon

* Any drug offender whose current offense includes the following
criteria will be scored in the Greatest severity category:

The offender was part of an organizational network and he or she organized

proj

1

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement.

Attachment G

64572179

or maintained ownership interest/profits from large-scale drug activity,

***AND***

The drug amount equals or exceeds the amount below:

Cocaine - greater than or equal to 10,000 gm, 10 K, or 22 lb

Cocaine Base "Crack"   - greater than or equal to 31 gm

Hashish - greater than or equal to 250,000 gm, 250 K, or 551 lb

Marijuana - greater than or equal to 620,000 gm, 620 K, or 1,367 lb

PCP - greater than or equal to 100,000 mg, 100 gm, or 20,000 dosage units
Heroin or Opiates - greater than or equal to 2,000 gm, 2 K, or 4.4 lb
Methamphetamine - greater than or equal to 16,000 gm, 17 K, or 35 lbs Other
illicit drugs: - Amphetamine, Barbiturates, LSD, etc. greater than or equal
to 250,000 dosage units

Arson - other

Cruelty to Children - any

Drugs (For Females only)

HIGH SEVERITY

> Cocaine - greater than or equal to 10,000 gm, 10 K, Or 22 lb

> Cocaine Base "Crack" - greater than or equal to 31 gm Hashish - greater than or equal to 250,000 gm, 250 K, Or 551 lb

> Marijuana - greater than or equal to 620,000 gm, 620 K,

> Or    1,367 lb

> PCP - greater than or equal to 100,000 mg, 100 gm, or

> 20,000      dosage

pro|

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179

units

Heroin or Opiates - greater than or equal to 2,000 gm,

2 K, or 4.4 lb

Methamphetamine - greater than or equal to 16,000 gm,

17 K, or 35 lb

Other illicit drugs - Amphetamine, Barbiturates, LSD

etc. - greater than or equal to 250,000 dosage units

Explosives - other

Extortion - other

Involuntary manslaughter - includes vehicular homicide

Residential Burglary - with evidence that occupants were in dwelling during the commission of the offense

Rioting - any

Sexual Offenses - sexual exploitation of children, unlawful

sexual conduct with a minor, pornography

Stalking - any

Threatening Communications - with conduct evidencing intent to carry out such threat

Toxic Substances/Chemicals - other

pro|

**3**

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

64572179