EXHIBIT A

## Declaration of Jeremy Pinson

I declare, under penalty of perjury, that the following is true:

1. I am housed in the Special Housing Unit ("SHU") of the U.S. Penitentiary in Tucson, AZ and have been since 9-14-22.

2. On June 12, 2023 Mailroom Officer Felix came to my cell door on F-Range (246) and he hand delivered to me a photocopy of correspondence from Beth Schwartzapfel who is a reporter for The Marshall Project which regularly publishes stories in newspapers, radio, television. The letter is Attachment A, hereto.

3. Felix tried to ask me "What are you going to say about us I know you write news media alot" to which I responded "I'm gonna tell them everything and even though its really none of your business you can read it when the articles are published". This angered Felix and he stated to me "Oh yeah? Well you just got your last piece of mail, period". He then refused to accept my outgoing mail to the District of Arizona Court.

4. My letters to representatives of the news media are in fact critical of the BOP. The most recent to Beth Schwartzapfel is Att. B hereto - a correct copy.

-1-

5. In SHU, a single computer terminal serves as the law library for approximately 150 SHU inmates. It is available only when staff escort you to the secure room where it is located and only between 2pm and 8:00pm, Mon- through Friday. Since May 13, I have been given a total of 48 minutes in that room to write, or respond to, BOP's Transgender Executive Council but not for access to the law library.

6. Furthermore, I am only being permitted to trade out 1 cubic foot of my legal files every 45-days since Jan. 2023 I have been allowed 3 opportunities to access my files and papers. As a result many of the documents I've needed to draft and then redraft complaints in this case were inaccessible to me. These are necessary for accurate fact pleading (i.e., dates, names, locations, etc.).

7. Seperately I was moved by Warden Mark Gutierrez to the most isolated area of SHU. When I asked him, Asst. Wardens Stephen Williams and Muhammad Zaufout and Captain Christopher Marlow about it they stated it was to prevent me from continuing to gather declarations pursuant to 28 U.S.C. 1746 from other witnesses to testify in my cases.

8. In SHU, no inmate has access to the internet, a telephone directory, or any other means of identifying locating, contacting or recruiting an expert witness of any kind and has always been this way.

-2-

9. Also in SHU the purchase and receipt of books and magazines in the U.S. Mail is totally prohibited. This includes even legal or religious books. My mother bought me several books to supplement my lack of frequent law library access but Warden Gutierrez disallowed their delivery to me. This too has impacted my pleadings and ability to understand court processes and rules.

10. My Mom also printed and sent me the Local Rules for the District of Arizona, they too were not allowed to be delivered to my by Gutierrez.

11. I want to but cannot properly appeal the prior denials of a preliminary injunction in this case without the files and books and law library.

12. On Oct. 5, 2022 PREA Lt. Joshua Christensen and Warden Gutierrez gave me an ultimatum to drop my civil claims in Court or in preparation for Court or I'd be held in SHU indefinitely and transferred. The same was told to Ernesto Zaragosa-Solis, Jose Armendariz, Jessica Gulisano, Willie Davis and Daniel Berrios Sr., I declined to drop anything as did Zaragosa-Solis.

3

Of the 9-14-22 only Zaragosa-Solis and I, who declined the demand, remain in SHU pending a transfer.

13. I was also issued a false disciplinary charge of Codes 203 and 299 by incident report No. ___ for refusing to drop my civil cases and because I said I'd hold Gutierrez and Christensen accountable, on Nov. 8, 2023.

14. Because I keep being held in SHU I cannot meet the criteria to transition to a women's prison nor Gender Confirmation Surgery ("GCS"). When I told this to Captain Marlow and Zantout they laughed in my face and stated "I can do anything I want to you in SHU!"

15. Other than GCS, no medical treatment in the BOP, systemwide, is tied to an inmates security level or disciplinary history as a prerequisite.

16. I am Maximum Custody and cannot, per BOP policy, be housed in Medium security. This is a matter of policy in Program Statement 5100.08. (Att. C, Excerpt of P.S. 5100-08). The last 10 Wardens I have encountered each stated they would "Never" remove my Maximum Custody designation despite that categorically excluding me from lesser security nor GCS.

17. P.S. 5100-08 has 2 classification system, one for

-4-

BOP's "Male" inmates, and one for "Female". It does not recognize "Transgender" in P.S. 5100.08, and against her wishes BOP refuses to classify plaintiff as Female. Recently the 18th Warden, to do so, refused to treat me as Female. (See Att.C, Resp. to BP-9).

18. Warden Gutierrez, AW Zantout and Captain Marlow have repeatedly refused to treat me as Female, even stating "as long as you have a dick you are a Man" or "you are in a man's prison because you are a man" or some variation of the same.

19. My imprisonment has been rough. Between being physically and sexually assaulted in Men's prisons, the hypermasculine environment, lack of female accomodations have left me with recurring and severe depression and PTSD. I feel the urge to commit suicide frequently. I struggle with anxiety and have attempted autocastration repeatedly.

20. After my 2014 diagnosis of Gender Dysphoria, and the ineffective hormone therapy, I have sought GCS at every prison I've been in. My distress has increased with age. It has led me to attempt suicide, and to autocastrate, nearly a dozen times between

5

2015 and 2018 after my participation in the ADX Class Action, No. 12-cv-00570-MEH (D. Colo.), secured my release from Supermax in 2014.

21. At USP Allenwood, post-Supermax in 2015, I was removed from General Population due to being sexually harrassed.

22. At USP Terre Haute, a White supremacist tied a combination lock to a belt and beat me in the head repeatedly screaming "Fucking Faggot" over and over.

23. At MCFP Springfield, I endured nonstop sexual harrassment from men.

24. At FMC Rochester I endured minor sexual harrassment. When I filed complaints my Case Manager told me the new Warden, David Paul, planned to transfer me because I was "too litigious".

25. At USP Tucson, where I was surprise transferred by private jet on 2-14-18, I would suffer 3 brutal beatings, extensive sexual harrassment, and an attempted rape.

26. On Mar. 30, 2020 the Acting Warden wrote a Memo to secure my transfer from USP Tucson. Said Memo is Doc. 13-9 in Case No. 20-cv-00071-RM in this Court.

27. As a result of the 3-30-20 Memo, I was then

6

transferred to USP-II in Coleman, Florida where I was sexually assaulted by a sexual predator, and later beaten in the head with a combination lock in a sock by an ex-gang member whose animosity towards me began when I refused to perform fellatio on him.

28. The documents used to transfer me to Coleman USP-II, like those that transferred me back to USP Tucson did not reflect my desire for GCS, my Gender Dysphoria, nor that a lesser security or women's prison would be safer for me. In the Coleman document staff accused me of trying to "manipulate" them to get to a women's prison.

29. At a settlement hearing on Nov. 3, 2022 AUSA Denise Ann Faulk and BOP Attorney Clay Cook in Case No. 19-cv-00401-RM told Magistrate Judge Leslie Bowman that my offer to settle in exchange for my release from SHU to a unit or facility that under BOP's Transgender Offender Manual (P.S. 5200.08) states "a transgender... inmates own views with respect to his/her own safety must be given serious consideration" and "in situations where the transfer request is related to progressing the individual inmates transition (i.e., transfer to

a different sex facility) the TEC will consider the case". Faulk and Cook told Judge Bowman they categorically refused such an offer and in later filings AUSA Faulk called it an "improper" offer.

30. When I later spoke again to Faulk and said I didnt understand why she would not cooperate on settlement given its impact on my safety needs, medical and mental health needs, she told me that she "gets paid a salary no matter what" and that the offer would never be accepted regardless of what might happen to me without it. Faulk has consistently lacked empathy in all my interactions with her.

Executed pursuant to 28 U.S.C. 1746.

*Jeremy Pinson*

8