

U.S. Department of Justice

Federal Bureau of Prisons

*Consolidated Legal Center*
*Federal Correctional Institution*
*37900 N. 45th Avenue*
*Phoenix, Arizona 85086*

May 17, 2023

**VIA CERTIFIED MAIL**
7020 3160 0000 7777 9989

Jeremy Pinson
Register Number 16267-064
USP Tucson
Post Office Box 24550
Tucson, Arizona 85734

Re:  Administrative Claim No. TRT-WXR-2023-00201

Dear Jeremy Pinson:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.  You seek $20,000,000.00, in compensation for alleged personal injury as a result of events occurring at the United States Penitentiary (USP), Tucson, Arizona, on September 14, 2022.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable.  You have failed to establish that you sustained a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied.  If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail, within which to bring suit in the appropriate United States District Court.

Sincerely,

Dennis M. Wong
Western Regional Counsel

*[signature]*

Clay C. Cook
Supervisory Attorney

CCC/ee

cc:  M. Gutierrez, Complex Warden, FCC Tucson

Att. A



FEDERAL BUREAU OF PRISONS

FEDERAL CORRECTIONAL INSTITUTION

TUCSON, ARIZONA

|  |
|---|
| ____ Unit ☐ Region ☐ Central |
| ☐ WDN   ☐ REJ |

# ACKNOWLEDGMENT OF RECEIPT OF ADMINISTRATIVE REMEDY APPEAL

I, <u>PINSON, Reg. 16267-064,</u> further acknowledge by my signature, receiving Administrative Remedy Appeal, <u>1145214-A1</u> The Administrative Remedy Appeal was hand-delivered to me.

Received on this <u>31</u> day of <u>May</u>, 2023.

X _____
Signature of Inmate

16267-064
Register Number

_____
Signature/Title of Staff Witness

Att. B

```
JEREMY VAUGHN PINSON, 16267-064
TUCSON USP    UNT: 6 GP    QTR: Z06-245UAD
9300 SOUTH WILMOT ROAD
TUCSON,  AZ 85756
```

**U.S. Department of Justice**
Federal Bureau of Prisons

PREA [handwritten across top]

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Pinson, Jeremy V    26267-004    SHU    USP Tucson
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A – REASON FOR APPEAL**

This appeal of Remedy ID # 1145214-R1 is submitted pursuant to P.S. 1330.18 and the fact region has not responded by their final response due date with an extension that ended 2-14-23. I still have not received the investigation or treatment due a victim of Tyrone Brown and the Warden has had me in SHU pursuing a retaliatory transfer nearly 6 months now. I continue to experience depression and suicidal thoughts as a result of this trauma inflicted by a predator who tried to sex traffick me because I am transgender and a Warden who treats victims of sexual misconduct worse that the perpetrators in an agency unwilling to hold him accountable despite the rampant violence, cell phones, even a firearm, occurring on his watch while he fixates on retaliation. I ask Collete Peters to help me.

2-15-23    Send me to USP Tucson Challenge Program,    [signature]
DATE    Medium security, Rochester, Female yard    SIGNATURE OF REQUESTER

**Part B – RESPONSE**

FEB 2 7 2023

[illegible stamp]

DATE
ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL [signature]
CASE NUMBER: 1145214-A1

**Part C – RECEIPT**

CASE NUMBER: _____

Return to: _____    _____    _____    _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____    _____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN    PRINTED ON RECYCLED PAPER    BP-231(13) JUNE 2002

**Administrative Remedy No. 1145214-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you allege staff at USP Tucson are ignoring sexual predatory behavior by another inmate. You claim the other inmate tried to sex traffic you because you are Transgender and you are suffering from depression and suicidal thoughts as a result of the trauma you have experienced. You also claim you have been placed in the Special Housing Unit facing a retaliatory transfer. Finally, you state you have not received a response to your Regional Administrative Remedy Appeal on this matter. You request to be transferred to the Challenge Program or to a Medium security female facility.

Upon review of your appeal, this office has confirmed that your allegations of sexual predatory behaviors by another inmate and staff misconduct was referred to the appropriate authority for review. A thorough review will be conducted and proper action taken as deemed necessary.

You continue to have access to the Health and Psychology Services Departments for your medical and mental health needs. It is suggested you submit a written request to be seen by the appropriate department. In addition, you have been referred for a transfer. Any further questions regarding the pending transfer or requested programming should be presented directly to your Unit Team.

As to the response to your Regional appeal, records show 1145214-R1 was closed on February 21, 2023. If you have yet to receive a copy of the response, seek assistance from your Unit Team or submit an inquiry to the institution's Administrative Remedy Clerk.

This response is provided for informational purposes.


April 18, 2023
Date

*A. Connors*
Ian Connors, Administrator
National Inmate Appeals



**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

January 5, 2023

Jeremy Pinson
Reg. No. 16267-064
United States Penitentiary
PO BOX 24550
Tucson, AZ 85734

RE:   Administrative Claim No. TRT-WXR-2023-02059 Received: December 27, 2022

Dear Mr. Pinson:

This acknowledges receipt of your Claim for Damage, Injury or Death (Standard Form 95) submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Phoenix Consolidated Legal Center will be handling your claim for investigation and response. Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

Clay C. Cook
Supervisory Attorney
FCI Phoenix
37900 N. 45th Ave.
Phoenix, AZ 85086

Sincerely,

*For D. Wong*
DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg

DeLeon
1st
PREA
Joe

Attachment C