United States District Court
District of Arizona

Jeremy Pinson,
v.                          No. 22-CV-00298-RM
M. Carvajal, et al.,

Motion to File Supplemental Declaration

Comes now the pro se plaintiff having previously sought preliminary injunctive relief, a TRO, leave to extend deadlines during discovery, and seeks leave to supplement the record with a declaration detailing recent developments:

1. On Dec. 14, 2023 Plaintiff was awakened at 2:30 a.m. and ordered to USP Tucson's R+D department to be transported to the airport in Phoenix, AZ (Pinson Decl. attached) en route to the Oklahoma Federal Transfer Center (id.) to ultimately be transported to the Allenwood Secure Admin. Unit in Pennsylvania.(id)

2. Once in R+D plaintiff explained to the bus staff that AUSA Denise Ann Faulk had informed this Court at the final pretrial hearing in Case No. 19-CV-401-RM (and 20-CV-00070-RM) that she was allowed to take her legal files and papers with her (id.) and the Lieutenant stated "Well she lied cause no inmate is getting on my bus with anything but

-1-

Clothing and chains (id.) and ordered her to leave her legal files and papers wrapped in a sheet on the floor of R+D unsecured (id.) no property inventory form was filled out to document her possessions upon transfer as BOP policy requires. (id.).

3. The Allenwood SMU designation was selected by BOP's Transgender Executive Council in Washington, D.C. not by officials located in Arizona (id.) and the Allenwood SMU is a supermaximum security male-only housing unit, not designed to house women like plaintiff (id.) and will continue plaintiff's housing in solitary confinement despite her mental-health needs. (id.). This was requested by the Warden of USP Tucson for plaintiff on the basis of falsified representations to Asst. Director Linda Geter (id.).

Because these developments materially impact plaintiff's requests to transfer this case to the District of Columbia Court, for injunctive relief, for relief relating to the deadlines in the Scheduling Order, plaintiff seeks leave to supplement the record.

Jeremy Pinson

## Certificate of Service

I hereby certify service upon the Court

2

via U.S. Mail 12-18-23, and upon AUSA Letcus via ECF Notice due to no photocopier access.

Jeremy Pinson

Declaration of Jeremy Pinson

I declare that the following is true and correct under penalty of perjury:

1. On Dec. 14, 2023 in Cell 139 of SHU at USP Tucson I was awakened by Officer Gonzales and Lieutenant Lake and told to walk with my legal files and papers wrapped in a sheet to the R+D department to be transported to the Phoenix Airport en route to the Oklahoma Federal Transfer Center.

2. Once in R+D I explained to the 3 officers and Lieutenant that AUSA Denise Ann Faulk told Judge Marquez at the final pretrial hearing in Case No. 19-CV-00401-RM that I was allowed to transport my case files with me. The Lieutenant replied to me "Well she lied cause no inmate is getting on my bus with anything but clothing and chains."

3. I then asked the Lieutenant to provide me a Property Inventory Form as BOP policy requires and he stated that I was to leave it on

-3-

the floor in that sheet somebody will find it eventually" and when I told him that I objected due to my pending active litigation, he stated "I don't give a fuck now strip" and forced me to remove all my clothing standing less than 2 feet from cisgender male-inmate Kevin Masa #72508-018 who was able to see my breasts, my genitalia, and my anus against my will. I complained to the Lieutenant that "I shouldn't be forced to expose my anus and breasts to men" and he replied "you got a dick dude quit crying" and forced me to dress in Masa's sight.

4. At FTC OKC I was informed that I was designated to the Allenwood Secure Administrative Unit in Pennsylvania by the Transgender Executive Council in Washington, D.C. I was told that this is a solitary confinement unit that houses male-only inmates. This transfer was requested of Asst. Director Linda Geter by USP Tucson Warden Mark Gutierrez.

5. At the time I write this I feel very depressed and like killing myself.

Executed pursuant to 28 U.S.C. 1746.

4   Jeremy Pinson

## Declaration Of Kevin Masa

I declare that the following is true and correct under penalty of perjury:

1.) On Dec. 14th-2023 I was escorted to the USP Tucson R&D Dept. with Jeremy Pinson #16267-064 - a transgender woman - and we were forced to strip completely naked, spread our buttocks, and expose genitals to one another standing side-by-side separated by 2 feet. Pinson was visibly upset and tearful. I told the Lieutenant I didn't want to show my penis and anus to a transgender woman and he threatened to pepper spray me if I resisted his orders. I feel my privacy over my body was violated too like hers.

Executed pursuant to 28 U.S.C. 1746.

Kevin Masa