United States District Court
District of Arizona

Jeremy Pinson,
Plaintiff,

v.

Michael Carvajal, et al.,
Defendants

No. 22-CV-00298-RM

## Plaintiff's Amended Witness List

Plaintiff Jeremy Pinson hereby submits her amended Witness List pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i) and the Court's Order dated January 31, 2024 (Doc. 110). The following witnesses may be called as witnesses at trial:

1. Jeremy Pinson
2. Samantha Licata
3. James Hayden
4. Ashley Noble
5. Lt. J. Christensen
6. Dr. K. Hermosillo
7. Dr. S. Johnson
8. Alison Leukefeld
9. Karl Leukefeld
10. Timethea Pullen
11. Jenna Epplin
12. Brandi Reynolds
13. Donald Lewis
14. Shannon Robbins
15. Linda Geter

1 of 3

16. Clay Cook
17. Lorri Mitchell
18. Michael Ambri
19. Collette Peters
20. David Christensen
21. Charles Ackley
22. Ernesto Zaragosa-Solis
23. Nicole Marie Johnson
24. Elmer Moreno
25. July Justine Shelby
26. Antonio Crawford
27. Stephen Williams
28. Jessica Gulisano
29. Rhonda Fleming
30. Aaron Pernell
31. Shane Culley
32. Toni Fly
33. Cameron Jones
34. Keyshia Hadaway
35. Elizabeth Holmes
36. Andrea James

This Amended List replaces the list mailed March 8, 2024. Respectfully submitted this 8th of May, 2024.

Jeremy Pinson

## Certificate of Service

I certify service upon the Court and AUSA Letzkus, via U.S. Mail hand-delivered to prison staff for mailing, on 8 May 2024, postage prepaid. I declare this is true under penalty of perjury on 8 May 24 pursuant to 28 USC 1746.

Jeremy Pinson