# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jeremy Pinson,

    Plaintiff,

v.

Michael Carvajal, et al.,

    Defendants.

No. CV-22-00298-TUC-RM

**ORDER**

    Pending before the Court is Defendant Federal Bureau of Prisons' Motion to Extend Deadline to Respond to Plaintiff's Motion for Protective Order, for Access to Witnesses, and for Appointment of Counsel. (Doc. 183.)[1] Defendant requests that its deadline to respond to the Motion be extended until July 8, 2024, to allow Defendant time to investigate Plaintiff's allegations and obtain information from USP-Allenwood personnel.

    Good cause appearing,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

---

[1] Other pending motions will be resolved separately.

**IT IS ORDERED** that Defendant's Motion to Extend Deadline (Doc. 183) is **granted**. Defendant shall respond to Plaintiff's Motion for Protective Order, for Access to Witnesses, and for Appointment of Counsel on or before **July 8, 2024**.

Dated this 21st day of June, 2024.

*/s/ Rosemary Márquez*
Honorable Rosemary Márquez
United States District Judge