IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-22-00298-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Carvajal, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulated Motion to Extend Deadline for Defendant Federal Bureau of Prisons to Respond to Plaintiff's Third Amended Complaint. (Doc. 231.) The parties request that Defendant's deadline for responding to Plaintiff's Third Amended Complaint be extended through and including October 31, 2024, to accommodate defense counsel's schedule. (*Id.*) Good cause appearing, and there being no objection,

**IT IS ORDERED** that the Stipulated Motion (Doc. 231) is **granted**. Defendant Federal Bureau of Prisons shall respond to Plaintiff's Third Amended Complaint (Doc. 226) on or before **October 31, 2024**.

Dated this 19th day of September, 2024.

Honorable Rosemary Márquez
United States District Judge